## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TARGET CORPORATION,** : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 17-5519** |
| : | |
| **FREDERICK MUTUAL INSURANCE** : | |
| **COMPANY,** *et al.*, : | |
| **Defendants.** : | |

## <u>ORDER</u>

**AND NOW**, this 19th day of March 2018, upon review of Plaintiff Target Corporation's Motion to Remand [Doc. No. 14], the responses and replies thereto, and in accordance with the Memorandum Opinion issued this day, it is hereby **ORDERED** that the Motion to Remand [Doc. No. 14] is **GRANTED**. It is further **ORDERED** that the Clerk of Court is directed to **REMAND** this case to the Court of Common Pleas for Bucks County, Pennsylvania forthwith. The Clerk of Court shall **CLOSE** the case in this Court.

It is so **ORDERED**.

BY THE COURT:

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**